**No. 46162.**—Protest 58000–K of New York Mdse. Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the claim at 40 percent under paragraph 339 was sustained.

**No. 46163.**—Protest 59919-K of American Mdse. Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the protest was sustained.

**No. 46164.**—Protest 838007- G of Spiegel Bros. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of spring hand scales in chief value of metal. In accordance therewith and on the authority of Abstract 38504 the claim at 40 percent under paragraph 339 was sustained.

JULY 2, 1941

**No. 46165.**——Protest 57644–K of Olivier Straw Goods Corp. Abstract 46051. Plaintiff's application for rehearing granted.

JULY 7, 1941

**No. 46166.**——Protest 764594–G of Geo. S. Bush & Co., Inc. C. D. 484. Plaintiff's application for rehearing denied.